**2010–0895.   State v. Campbell.**
Cuyahoga App. No. 93034, 2010-Ohio-261. On motion for leave to file delayed appeal. Motion granted.
    LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2010–0903.   State v. Lightner.**
Hardin App. No. 6–09–03, 2010-Ohio-483. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., and PFEIFER, J., dissent.

**2010–0915.   State v. Eckert.**
Clermont App. No. CA2008–10–099, 2009-Ohio-3312. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., and PFEIFER, J., dissent.

**2010–0920.   State v. Reed.**
Mahoning App. No. 09 MA 53, 2010-Ohio-1096. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR and CUPP, JJ., dissent.

**2010–0927.   State v. Savage.**
Mahoning App. No. 08 MA 54, 2009-Ohio-7011. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2010–0930.   State v. Book.**
Ross App. No. 09CA3107, 2009-Ohio-6168. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2010–0939.   Deutsche Bank Natl. Trust Co. v. Taylor.**
Summit App. No. 25281. On motion to stay execution of judgment and emergency motion for injunctive relief from order of unlawful sale of property. Motions denied.

**2010–0940.   State v. Sabo.**
Union App. No. 14–09–33, 2010-Ohio-1261. On motion for leave to file delayed appeal. Motion granted.

**2010–0960.   State v. Kolb.**
Mahoning App. No. 07 MA 80, 2008-Ohio-5048. On motion for leave to file delayed appeal. Motion denied.

**2010–0985.   Pula v. Pula–Branch.**
Cuyahoga App. No. 93460, 2010-Ohio-912. On motion for stay of court of appeals' judgment pending appeal. Motion granted.
    O'CONNOR and O'DONNELL, JJ., dissent.